16-08910-ESL

---

# CERTIFICATE OF MAILING

---

The undersigned hereby certifies that a true copy of the foregoing document was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court.

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| JORGE RAFAEL CAMACHO ARROYO<br>CARMEN LYDIA RIVERA DELGADO<br>PO BOX 74<br>YABUCOA, PR 00767 | JUAN A SANTOS BERRIOS*<br>PO BOX 9102<br>HUMACAO, PR 00792 |
| AMERICAN EXPRESS<br>PO BOX 1270<br>NEWARK, NJ 07101-1270 | AMERICAN EXPRESS<br>PO BOX 30377<br>SALT LAKE CITY, UT 84130 |
| CLARO<br>PO BOX 70239<br>SAN JUAN, PR 00936-8238 | COOP A/C YABUCOENA<br>PO BOX 1<br>YABUCOA, PR 00767-0001 |
| CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 | DEPARTMENT OF JUSTICE<br>FEDERAL LITIGATION DIVISION<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 |
| DEPARTMENT OF JUSTICE<br>FEDERAL LITIGATION DIIVISION<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| INTERNAL REVENUE SERVICES<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | ISLAND FINANCE<br>BANKRUPTCY DIVISION<br>PO BOX 195369<br>SAN JUAN, PR 00919-5369 |

JUAN CARLOS FORTUNO FAS ESQ
FORTUNO & FORTUNO FAS CSP
PO BOX 13786
SAN JUAN, PR 00908

PR DEPARMENT OF TREASURY
BANKRUPTCY SECTION (424-B)
PO BOX 9024140
SAN JUAN, PR 00902-4140

SOCIAL SECURITY ADMINISTATION
MID-ATLANTIC PROGRAM
PHILADELPHIA, PA 19123-2992

USDA
CENTRALIZED SERVICING CENTER
PO BOX 790301
SAINT LOUIS, MO 63179

USDA FARM SERV AGENCY CAGUAS FIELD
OFFIC
654 MUNOZ RIVERA SUITE 829
SAN JUAN, PR 00918

USDA RURAL DEVELOPMENT
C/O JUAN C FORTUNO FAS
PO BOX 9300
SAN JUAN, PR 00908

USDA-FSA
USDA-FARM SERVICE AGENCY
GATSBY PLAZA BLDG #30 PADIAL ST SUITE
CAGUAS, PR 00725

EASTERN AMERICA INSURANCE COMPANY
PO BOX 9023862
SAN JUAN, PR 00902

Dated September 07, 2018

/S/ José R. Carrión
_____
OFFICE OF THE CHAPTER 13 TRUSTEE