```
                           United States Bankruptcy Court
                               District of Puerto Rico
In re:                                                        Case No. 16-08910-ESL
JORGE RAFAEL CAMACHO ARROYO                                   Chapter 13
CARMEN LYDIA RIVERA DELGADO
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0104-3          User: montalvo              Page 1 of 2              Date Rcvd: Nov 16, 2018
                              Form ID: dtd3               Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2018.
db/jdb         +JORGE RAFAEL CAMACHO ARROYO,    CARMEN LYDIA RIVERA DELGADO,    PO BOX 74,
                 YABUCOA, PR 00767-0074
cr             +USDA FARM SERVICE AGENCY,    FORTUNO & FORTUNO FAS CSP,    PO BOX 9300,   SAN JUAN, PR 00908-0300
4383392         AMERICAN EXPRESS,   PO BOX 1270,    NEWARK, NJ 07101-1270
4383393        +AMERICAN EXPRESS,   PO BOX 30377,    SALT LAKE CITY, UT 84130-0377
4383394        +CLARO,   PO BOX 70239,   SAN JUAN, PR 00936-8239
4383395         COOP DE A/C YABUCOENA,    PO BOX 1,   YABUCOA, PR 00767-0001
4383397         DEPARTMENT OF JUSTICE,    FEDERAL LITIGATION DIVISION,    PO BOX 9020192,
                 SAN JUAN, PR 00902-0192
4383398         DEPARTMENT OF JUSTICE,    FEDERAL LITIGATION DIIVISION,    PO BOX 9020192,
                 SAN JUAN, PR 00902-0192
4383400         ISLAND FINANCE,   BANKRUPTCY DIVISION,    PO BOX 195369,    San Juan, PR 00919-5369
4383401        +JUAN CARLOS FORTUNO FAS ESQ,    FORTUNO & FORTUNO FAS CSP,    PO BOX 13786,
                 SAN JUAN, PR 00908-3786
4383403         SOCIAL SECURITY ADMINISTRATION,    MID-ATLANTIC PROGRAM,    PHILADELPHIA, PA 19123-2992
4383404        +USDA,   CENTRALIZED SERVICING CENTER,    PO BOX 790301,    SAINT LOUIS, MO 63179-0301
4383405        +USDA FARM SERV AGENCY CAGUAS FIELD OFFIC,    654 MUNOZ RIVERA SUITE 829,
                 SAN JUAN, PR 00918-4127
4409859        +USDA-FARM SERVICE AGENCY,    654 MUNOZ RIVERA, SUITE 829,    SAN JUAN, PR 00918-4127

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4383396         E-mail/Text: cfigueroa@crimpr.net Nov 16 2018 19:08:59     CRIM,   PO BOX 195387,
                 SAN JUAN, PR 00919-5387
4383399         E-mail/Text: cio.bncmail@irs.gov Nov 16 2018 19:07:34     INTERNAL REVENUE SERVICE,
                 PO BOX 7346,   PHILADELPHIA, PA 19101-7346
4383402         E-mail/Text: bankruptcy@hacienda.pr.gov Nov 16 2018 19:09:30      PR DEPARMENT OF TREASURY,
                 BANKRUPTCY SECTION (424-B),    PO BOX 9024140,   SAN JUAN, PR 00902-4140
4389521        +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2018 19:11:45      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2018 at the address(es) listed below:
              JOSE RAMON CARRION MORALES    newecfmail@ch13-pr.com
              JUAN A SANTOS BERRIOS    on behalf of Joint Debtor CARMEN LYDIA RIVERA DELGADO
               santosberriosbk@gmail.com,    bkcsantosb@gmail.com;bksantosberrios2@gmail.com
              JUAN A SANTOS BERRIOS    on behalf of Debtor JORGE RAFAEL CAMACHO ARROYO santosberriosbk@gmail.com,
               bkcsantosb@gmail.com;bksantosberrios2@gmail.com
              JUAN A SANTOS BERRIOS    on behalf of Plaintiff JORGE RAFAEL CAMACHO ARROYO
               santosberriosbk@gmail.com,    bkcsantosb@gmail.com;bksantosberrios2@gmail.com
              JUAN A SANTOS BERRIOS    on behalf of Plaintiff CARMEN LYDIA RIVERA DELGADO
               santosberriosbk@gmail.com,    bkcsantosb@gmail.com;bksantosberrios2@gmail.com
              JUAN C FORTUNO FAS    on behalf of Defendant   US DEPARTMENT OF AGRICULTURE   FARM SERVICE AGENCY
               (USD-FSA) bkfilings@fortuno-law.com,    fortuno@ecf.inforuptcy.com
              JUAN C FORTUNO FAS    on behalf of Creditor    USDA FARM SERVICE AGENCY bkfilings@fortuno-law.com,
               fortuno@ecf.inforuptcy.com
              MONSITA  LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
```

```
District/off: 0104-3          User: montalvo              Page 2 of 2              Date Rcvd: Nov 16, 2018
                              Form ID: dtd3               Total Noticed: 18

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              NANNETTE M GODREAU VAZQUEZ (ZF)    on behalf of Trustee JOSE RAMON CARRION MORALES
                ngodreau@ch13-pr.com
                                                                                             TOTAL: 9
```

odtcsek.jsp

# UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| *In re:*<br><br>JORGE RAFAEL CAMACHO ARROYO<br><br>CARMEN LYDIA RIVERA DELGADO<br><br>xxx–xx–4539<br><br>xxx–xx–4381<br><br><br>Debtor(s) | **Case No.** 16–08910 ESL<br><br>**Chapter 13**<br><br><br><br>FILED & ENTERED ON 11/16/18 |

### ORDER DISCHARGING TRUSTEE AND CLOSING ESTATE

The instant case has been dismissed. The duly appointed chapter 13 trustee in the above mentioned case, has rendered a full and complete account of his administration of the estate. Accordingly, it is now

ORDERED that the Chapter 13 Trustee be and is hereby discharged, that the bond of trustee be cancelled and the surety thereon released from further liability thereunder, and that the estate be and is hereby closed.

IT IS SO ORDERED.

San Juan, Puerto Rico, this **Friday, November 16, 2018** .

Enrique S. Lamoutte
United States Bankruptcy Judge

cc: JOSE RAMON CARRION MORALES , UST